IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DIRODDI, INC., d/b/a SATISFIED FROG, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> CITY OF WARRENVILLE, RAYMOND ) <br> TURANO, CHIEF OF POLICE, SERGEANT ) <br> PIKOLCZ, OFFICER WILK, OFFICER ) <br> DOWNEY, and OFFICER ROMAN of the ) <br> WARRENVILLE POLICE DEPARTMENT, ) <br> ) <br> Defendants. ) | Case No. 07 CV 7082 <br><br> Judge Lefkow <br> Magistrate Judge Ashman |

**MOTION FOR SUBSTITUTION OF COUNSEL**

NOW COMES the Defendant, SERGEANT JOHN PIKOLCZ, by and through one of his attorneys, MICHAEL D. BERSANI of HERVAS, CONDON & BERSANI, P.C., and pursuant to Local Rule 83.17, moves this Honorable Court to allow the undersigned to substitute as counsel for Defendant PIKOLCZ.

In support of said motion, the Defendant states the following unto this Honorable Court:

1. Appearances by attorneys William W. Kurnik and Michael J. Atkus of Knight, Hoppe, Kurnik & Knight, LLC were filed on behalf of Defendant Pikolcz in this action on January 23, 2008.

2. The services of Hervas, Condon & Bersani, P.C. have been retained to represent and defend Defendant Pikolcz in this case.

3. Defendant Pikolcz consents to the withdrawal of William W. Kurnik and Michael J. Atkus and the substitution of counsel as outlined in this motion.

4. The undersigned, Michael D. Bersani, is a member of the Trial Bar and will act as lead counsel for this Defendant.

5. Attached to this motion is a substitution of counsel form signed by counsel of record.

WHEREFORE, the Defendant, SERGEANT JOHN PIKOLCZ, respectfully requests that this Honorable Court allow for the substitution of counsel and allow appearances by MICHAEL D. BERSANI, MICHAEL W. CONDON, ZRINKA RUKAVINA and T. NICHOLAS GOANOS of HERVAS, CONDON & BERSANI, P.C.

S/MICHAEL D. BERSANI
MICHAEL D. BERSANI, Bar Number 06200897
Attorney for Defendant, Sergeant John Pikolcz
HERVAS, CONDON, & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
Telephone: (630) 773-4774
Facsimile: (630) 773-4851
mbersani@hcbattorneys.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DIRODDI, INC., d/b/a SATISFIED FROG, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 07 CV 7082 |
| ) | |
| CITY OF WARRENVILLE, et al., ) | Judge Lefkow |
| ) | Magistrate Judge Ashman |
| Defendants. ) | |

## SUBSTITUTION OF COUNSEL

The undersigned attorneys of record for the Defendant, WILLIAM W. KURNIK and MICHAEL J. ATKUS, hereby withdraw their appearance of record on behalf of Defendant SERGEANT JOHN PIKOLCZ.

_____
William W. Kurnik
Knight, Hoppe, Kurnik & Knight, LLC

_____
Michael J. Atkus
Knight, Hoppe, Kurnik & Knight, LLC

MICHAEL D. BERSANI, MICHAEL W. CONDON, ZRINKA RUKAVINA and T. NICHOLAS GOANOS of the law firm of HERVAS, CONDON & BERSANI, P.C., hereby agree to enter appearances as attorneys of record for the Defendant, SERGEANT JOHN PIKOLCZ, in substitution of the appearances of record of WILLIAM W. KURNIK and MICHAEL J. ATKUS.

_____
Michael D. Bersani
Hervas, Condon & Bersani, P.C.

_____
Michael W. Condon
Hervas, Condon & Bersani, P.C.

_____
Zrinka Rukavina
Hervas, Condon & Bersani, P.C.

_____
T. Nicholas Goanos
Hervas, Condon & Bersani, P.C.

HERVAS, CONDON, & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
(630) 773-4774

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DIRODDI, INC., d/b/a SATISFIED FROG, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 07 CV 7082 |
| ) | |
| CITY OF WARRENVILLE, RAYMOND ) | Judge Lefkow |
| TURANO, CHIEF OF POLICE, SERGEANT ) | Magistrate Judge Ashman |
| PIKOLCZ, OFFICER WILK, OFFICER ) | |
| DOWNEY, and OFFICER ROMAN of the ) | |
| WARRENVILLE POLICE DEPARTMENT, ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 18, 2008, I electronically filed the foregoing **Motion for Substitution of Counsel** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Thomas Peters
Kevin Peters
407 South Dearborn Street, Suite 1675
Chicago, IL 60605
tompeters9@aol.com
kp6970022@aol.com

Mary F. DeSloover
Law Offices of Mary DeSloover
407 South Dearborn Street, Suite 1735
Chicago, IL 60605
040424@msn.com

William W. Kurnik
Michael J. Atkus
Knight, Hoppe, Kurnik & Knight, Ltd.
2860 River Road, Suite 400
Des Plaines, IL 60018
bkurnik@khkklaw.com
matkus@khkklaw.com

S/MICHAEL D. BERSANI
MICHAEL D. BERSANI, Bar Number 06200897
Attorney for Defendant, SERGEANT JOHN PIKOLCZ
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
Phone: 630-773-4774
Fax: 630-773-4851
mbersani@hcbattorneys.com