IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DIRODDI, INC., d/b/a SATISFIED FROG, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> CITY OF WARRENVILLE, RAYMOND ) <br> TURANO, CHIEF OF POLICE, SERGEANT ) <br> PIKOLCZ, OFFICER WILK, OFFICER ) <br> DOWNEY, and OFFICER ROMAN of the ) <br> WARRENVILLE POLICE DEPARTMENT, ) <br> ) <br> Defendants. ) | Case No. 07 CV 7082 <br><br> Judge Lefkow <br> Magistrate Judge Ashman |

## MOTION FOR EXTENSION OF TIME
## IN WHICH TO FILE RESPONSIVE PLEADINGS

NOW COMES the Defendant, SERGEANT JOHN PIKOLCZ, by and through one of his attorneys, MICHAEL D. BERSANI of HERVAS, CONDON & BERSANI, P.C., and, moves this Honorable Court for the entry of an order granting Defendant an additional twenty-eight (28) days in which to answer or otherwise plead to Plaintiffs' complaint.

In support of said motion, Defendant states the following:

1. On December 17, 2007, Plaintiffs filed its complaint against Defendants.

2. Knight, Hoppe, Kurnik & Knight, LLC was initially retained to defend the interests of Defendant Pikolcz in this action.

3. The services of Hervas, Condon & Bersani, P.C. have now been retained to represent and defend Defendant Pikolcz in this case.

4. Defendant Pikolcz has consented to the substitution of counsel.

5.    In order to file responsive pleadings, the undersigned needs an additional 28 days to properly investigate the allegations in Plaintiffs' complaint so as to determine the appropriate response.

6.    The delay in responding to Plaintiffs' complaint is in no way designed to prejudice or inconvenience any party to this action.

7.    That no harm or prejudice will inure to any party to this action as the result of the granting of this motion.

WHEREFORE, the Defendant, SERGEANT JOHN PIKOLCZ, prays this Honorable Court will grant his motion for a twenty-eight (28) day extension of time in which to answer or otherwise plead to Plaintiffs' complaint.

s/MICHAEL D. BERSANI
Michael D. Bersani, Bar Number 06200897
Attorney for Defendant, SERGEANT JOHN PIKOLCZ
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
Phone: 630-773-4774
Fax: 630-773-4851
mbersani@hcbattorneys.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DIRODDI, INC., d/b/a SATISFIED FROG, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 07 CV 7082 |
| ) | |
| CITY OF WARRENVILLE, RAYMOND ) | Judge Lefkow |
| TURANO, CHIEF OF POLICE, SERGEANT ) | Magistrate Judge Ashman |
| PIKOLCZ, OFFICER WILK, OFFICER ) | |
| DOWNEY, and OFFICER ROMAN of the ) | |
| WARRENVILLE POLICE DEPARTMENT, ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 18, 2008, I electronically filed the foregoing **Motion for Substitution of Counsel** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Thomas Peters
Kevin Peters
407 South Dearborn Street, Suite 1675
Chicago, IL 60605
tompeters9@aol.com
kp6970022@aol.com

Mary F. DeSloover
Law Offices of Mary DeSloover
407 South Dearborn Street, Suite 1735
Chicago, IL 60605
040424@msn.com

William W. Kurnik
Michael J. Atkus
Knight, Hoppe, Kurnik & Knight, Ltd.
2860 River Road, Suite 400
Des Plaines, IL 60018
bkurnik@khkklaw.com
matkus@khkklaw.com

S/MICHAEL D. BERSANI
MICHAEL D. BERSANI, Bar Number 06200897
Attorney for Defendant, SERGEANT JOHN PIKOLCZ
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
Phone: 630-773-4774
Fax: 630-773-4851
mbersani@hcbattorneys.com