IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DIRODDI, INC., d/b/a SATISFIED FROG, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> CITY OF WARRENVILLE, RAYMOND ) <br> TURANO, CHIEF OF POLICE, SERGEANT ) <br> PIKOLCZ, OFFICER WILK, OFFICER ) <br> DOWNEY, and OFFICER ROMAN of the ) <br> WARRENVILLE POLICE DEPARTMENT, ) <br> ) <br> Defendants. ) | Case No. 07 CV 7082 <br><br> Judge Lefkow <br> Magistrate Judge Ashman |

## NOTICE OF MOTION

**TO:**   Thomas Peters, Kevin Peters, 407 South Dearborn Street, Suite 1675, Chicago, IL 60605

Mary F. DeSloover, Law Offices of Mary DeSloover, 407 South Dearborn Street, Suite 1735, Chicago, IL 60605

William W. Kurnik, Michael J. Atkus, Knight, Hoppe, Kurnik & Knight, LLC, 2860 River Road, Suite 400, Des Plaines, IL 60018-6009

**PLEASE TAKE NOTICE** that on the 21st day of February, 2008, at 9:30 a.m., I shall appear before the Honorable Judge Joan H. Lefkow in Courtroom 1925, or before anyone sitting in her stead, in the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present Defendant Sergeant John Pikolcz's Motion for Substitution of Counsel and Motion for Extension of Time in Which to File Responsive Pleadings.

Copies are attached hereto and herewith served upon you.

S/MICHAEL D. BERSANI
MICHAEL D. BERSANI, Bar Number 06200897
Attorney for Defendant, SERGEANT JOHN PIKOLCZ
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
Phone: 630-773-4774
Fax: 630-773-4851
mbersani@hcbattorneys.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DIRODDI, INC., d/b/a SATISFIED FROG, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 07 CV 7082 |
| | ) | |
| CITY OF WARRENVILLE, RAYMOND TURANO, CHIEF OF POLICE, SERGEANT PIKOLCZ, OFFICER WILK, OFFICER DOWNEY, and OFFICER ROMAN of the WARRENVILLE POLICE DEPARTMENT, | ) ) ) ) ) ) | Judge Lefkow<br>Magistrate Judge Ashman |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 18, 2008, I electronically filed the foregoing Notice of Motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following participants:

Thomas Peters
Kevin Peters
407 South Dearborn Street, Suite 1675
Chicago, IL 60605
tompeters9@aol.com
kp6970022@aol.com

Mary F. DeSloover
Law Offices of Mary DeSloover
407 South Dearborn Street, Suite 1735
Chicago, IL 60605
040424@msn.com

William W. Kurnik
Michael J. Atkus
Knight, Hoppe, Kurnik & Knight, Ltd.
2860 River Road, Suite 400
Des Plaines, IL 60018
bkurnik@khkklaw.com
matkus@khkklaw.com

S/MICHAEL D. BERSANI
MICHAEL D. BERSANI, Bar Number 06200897
Attorney for Defendant, SERGEANT JOHN PIKOLCZ
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
Phone: 630-773-4774
Fax: 630-773-4851
mbersani@hcbattorneys.com