## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                                 Case Number: 07 CV 7082
DIRODDI, INC. d/b/a SATISFIED FROG
              v.
CITY OF WARRENVILLE, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
SERGEANT JOHN PIKOLCZ

| NAME (Type or print) |
|---|
| Michael D. Bersani |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ MICHAEL D. BERSANI |

| FIRM |
|---|
| Hervas, Condon & Bersani, P.C. |

| STREET ADDRESS |
|---|
| 333 Pierce Road, Suite 195 |

| CITY/STATE/ZIP |
|---|
| Itasca, IL 60143-3156 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06200897 | 630-773-4774 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐         APPOINTED COUNSEL ☐

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DIRODDI, INC., d/b/a SATISFIED FROG, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> CITY OF WARRENVILLE, RAYMOND ) <br> TURANO, CHIEF OF POLICE, SERGEANT ) <br> PIKOLCZ, OFFICER WILK, OFFICER ) <br> DOWNEY, and OFFICER ROMAN of the ) <br> WARRENVILLE POLICE DEPARTMENT, ) <br> ) <br> Defendants. ) | Case No. 07 CV 7082 <br><br> Judge Lefkow <br> Magistrate Judge Ashman |

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2008, I electronically filed the foregoing **Appearance of Michael D. Bersani** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Thomas Peters
Kevin Peters
407 South Dearborn Street, Suite 1675
Chicago, IL 60605
tompeters9@aol.com
kp6970022@aol.com

Mary F. DeSloover
Law Offices of Mary DeSloover
407 South Dearborn Street, Suite 1735
Chicago, IL 60605
040424@msn.com

William W. Kurnik
Michael J. Atkus
Knight, Hoppe, Kurnik & Knight, Ltd.
2860 River Road, Suite 400
Des Plaines, IL 60018
bkurnik@khkklaw.com
matkus@khkklaw.com

                                                                S/MICHAEL D. BERSANI
                                                                MICHAEL D. BERSANI, Bar Number 06200897
                                                                Attorney for Defendant, SERGEANT JOHN PIKOLCZ
                                                                HERVAS, CONDON & BERSANI, P.C.
                                                                333 Pierce Road, Suite 195
                                                                Itasca, IL 60143-3156
                                                                Phone: 630-773-4774
                                                                Fax: 630-773-4851
                                                                mbersani@hcbattorneys.com