U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

DIRODDI, INC. d/b/a SATISFIED FROG
v.
CITY OF WARRENVILLE, et al.

Case Number: 07 CV 7082

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
SERGEANT JOHN PIKOLCZ

| NAME (Type or print) |
| --- |
| Zrinka Rukavina |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ ZRINKA RUKAVINA |
| FIRM |
| Hervas, Condon & Bersani, P.C. |
| STREET ADDRESS |
| 333 Pierce Road, Suite 195 |
| CITY/STATE/ZIP |
| Itasca, IL 60143-3156 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 06287249 | 630-773-4774 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DIRODDI, INC., d/b/a SATISFIED FROG,  )<br>  )<br>Plaintiffs,  )<br>  )<br>vs.  )<br>  )<br>CITY OF WARRENVILLE, RAYMOND  )<br>TURANO, CHIEF OF POLICE, SERGEANT  )<br>PIKOLCZ, OFFICER WILK, OFFICER  )<br>DOWNEY, and OFFICER ROMAN of the  )<br>WARRENVILLE POLICE DEPARTMENT,  )<br>  )<br>Defendants.  ) | Case No. 07 CV 7082<br><br>Judge Lefkow<br>Magistrate Judge Ashman |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2008, I electronically filed the foregoing **Appearance of Zrinka Rukavina** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Thomas Peters
Kevin Peters
407 South Dearborn Street, Suite 1675
Chicago, IL 60605
tompeters9@aol.com
kp6970022@aol.com

Mary F. DeSloover
Law Offices of Mary DeSloover
407 South Dearborn Street, Suite 1735
Chicago, IL 60605
040424@msn.com

William W. Kurnik
Michael J. Atkus
Knight, Hoppe, Kurnik & Knight, Ltd.
2860 River Road, Suite 400
Des Plaines, IL 60018
bkurnik@khkklaw.com
matkus@khkklaw.com

S/ZRINKA RUKAVINA
ZRINKA RUKAVINA, Bar Number 06287249
Attorney for Defendant, SERGEANT JOHN PIKOLCZ
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
Phone: 630-773-4774
Fax: 630-773-4851
zrukavina@hcbattorneys.com