## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7082 | **DATE** | 2/21/2008 |
| **CASE TITLE** | Diroddi vs. City of Warrenville, et al. | | |

**DOCKET ENTRY TEXT**

Defendant Pikolcz's motion for a 28 day extension of time in which to answer or otherwise plead [13] is granted.  Defendant Pikolcz's motion for substitution of counsel [12] is granted.  William W. Kurnik and Michael J. Atkus of Knight, Hoppe, Kurnik & Knight are withdrawn as attorneys for defendant Pikolcz and Michael D. Bersani, Michael W. Condon, Zrinka Rukavina and T. Nicholas Goanos are given leave to file their appearances on behalf of  Defendant Pikolcz.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MD |
|---|---|---|