IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DIRODDI, INC., d/b/a SATISFIED FROG, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 07 CV 7082 |
| | ) | |
| CITY OF WARRENVILLE, RAYMOND TURANO, CHIEF OF POLICE, SERGEANT PIKOLCZ, OFFICER WILK, OFFICER DOWNEY, and OFFICER ROMAN of the WARRENVILLE POLICE DEPARTMENT, | ) ) ) ) ) ) | Judge Lefkow<br>Magistrate Judge Ashman |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2008, I electronically filed this Certificate of Service for ***Defendant Pikolcz's First Request for Production of Documents to Plaintiff Diroddi, Inc. d/b/a/ Satisfied Frog*** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Thomas Peters
Kevin Peters
407 South Dearborn Street, Suite 1675
Chicago, IL 60605
tompeters9@aol.com
kp6970022@aol.com

Mary F. DeSloover
Law Offices of Mary DeSloover
407 South Dearborn Street, Suite 1735
Chicago, IL 60605
040424@msn.com

William W. Kurnik
Michael J. Atkus
Knight, Hoppe, Kurnik & Knight, Ltd.
2860 River Road, Suite 400
Des Plaines, IL 60018
bkurnik@khkklaw.com
matkus@khkklaw.com

                                               S/MICHAEL D. BERSANI
                                               MICHAEL D. BERSANI, Bar Number 06200897
                                               Attorney for Defendant, SERGEANT JOHN PIKOLCZ
                                               HERVAS, CONDON & BERSANI, P.C.
                                               333 Pierce Road, Suite 195
                                               Itasca, IL 60143-3156
                                               Phone:  630-773-4774
                                               Fax:  630-773-4851
                                               mbersani@hcbattorneys.com