**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Diroddi Inc
        Plaintiff,

v.                   Case No.: 1:07−cv−07082
                     Honorable Joan H. Lefkow

City of Warrenville, et al.
        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 13, 2008:

  MINUTE entry before Judge Honorable Joan H. Lefkow:Status hearing held on 5/13/2008. Scheduling Conference set for 5/27/2008 at 09:30 AM. If proposed agreed scheduling order is submitted prior to 5/27/2008, parties need not appear on that date.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.