90/08-5809.DU.dlm

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DIRODDI, INC., d/b/a SATISFIED FROG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 07 C 7082 |
| | ) | |
| CITY OF WARRENVILLE, RAYMOND TURANO, Chief of Police, SERGEANT PIKOLCZ, OFFICER WILK, OFFICER DOWNEY, and OFFICER ROMAN of the Warrenville Police Department, | ) ) ) ) ) ) | Judge Joan H. Lefkow<br><br>Magistrate Judge Ashman |
| | ) | |
| Defendants. | ) | |

**THE PARTIES' AGREED PROPOSED SCHEDULING ORDER**

The parties, having held a scheduling conference via e-mail and telephone communications between Thomas Peters for Plaintiff Diroddi, Inc.; William Kurnik and Michael Atkus for Defendants City of Warrenville, Raymond Turano, David Wilk, Jeffrey Downey, and Matthew Komar (erroneously sued as Officer Roman); and Michael Bersani for Defendant Pikolcz as required by Fed. R. Civ. P. 26(f), submit the following proposed scheduling order:

(A) The parties believe that an early settlement conference __will **X** will not likely result in the disposition of the case.

(B) The parties shall have until **June 10, 2008** to make Rule 26(a)(1) disclosures.

(C) The following amendments to the pleadings and/or joinder of additional parties are anticipated and may be sought upon appropriate motion by **July 7, 2008**. Amendments thereafter may be made only on motion for good cause shown.

(D) Non-expert discovery will close on **December 1, 2008.**

(E) The cut-off date for designation of plaintiff's trial expert(s) as provided by Fed. R. Civ. P. 26(a)(2) is **January 12, 2009**; for defendants' trial expert(s), **February 9, 2009**. Depositions of the experts shall be taken within **60** days of designation.

> Unless otherwise stipulated, disclosure of experts will include a report fully in compliance with Rule 26(a)(2)(B).

(F)   Any motion challenging the qualifications of a designated expert must be made within 21 calendar days after the deposition of the expert or the close of discovery, whichever is earlier. If no motion is filed, the court may deem such challenges waived.

**Dispositive Motions**

Before a dispositive motion is filed, the parties will exchange demand and offer letters in an effort to reach resolution of the case. A status hearing will be held on **February 9, 2009** at which time the parties will report on the possibility of settlement and whether a settlement conference with a judge may be helpful. The parties should expect to be referred to a magistrate judge for settlement discussions before filing a motion for summary judgment.

Any dispositive motions (Motions for summary judgment) will be presented with a proposed agreed briefing schedule by **March 9, 2009.**

**Consent to Proceed Before a Magistrate Judge**

The parties ___consent **X** do not consent to have their case proceed before a magistrate judge.

**Trial, Pretrial Conference, Pretrial Order**

(A)   The case shall be ready for ___bench **X** jury trial by **May 26, 2009**; the trial is projected to last **five (5)** days.

(B)   A joint pretrial order will be filed on **May 11, 2009**. Plaintiff's draft shall be served on defendants by **April 27, 2009** and defendants' draft shall be served on plaintiff by **May 4, 2009**.

(C)   Motions in *limine*, and responses thereto, shall be filed with the joint final pretrial order. (No reply briefs will be accepted on motions in *limine*.) Three copies of the pretrial order shall be delivered to chambers no less than one week prior to the date of the pretrial conference, which will be set on **May 19, 2009**.

This order shall not be modified except by leave of court on motion for good cause shown.

Date:   May 23, 2008.

Respectfully Submitted,

s/ Michael J. Atkus_____          s/ Michael Bersani\_\_\_\_\_          s/ Thomas Peters\_\_\_
Michael J. Atkus                              Michael Bersani                              Thomas Peters
Attorney for Defendants                  Attorney for Defendant Pikolcz    Attorney for Plaintiff
City of Warrenville, Turano,
Wilk, Downey, and Komar


ENTER:


Date:_____                                     _____
                                                                              JOAN HUMPHREY LEFKOW
                                                                              U.S. District Judge


5809 proposed sched ord 08-05-21

# **CERTIFICATE OF SERVICE**

The undersigned, one of the attorneys of record herein, certifies that on May 23, 2008, the foregoing PARTIES' AGREED PROPOSED SCHEDULING ORDER was electronically filed with the Clerk of the U.S. District Court using the CM/ECF System which will send notification of such filing to the following:

- **Michael D. Bersani**
  mbersani@hcbattorneys.com,lsego@hcbattorneys.com

- **Michael William Condon**
  mcondon@hcbattorneys.com,dhoekstra@hcbattorneys.com

- **Mary F. DeSloover**
  040424@msn.com

- **Theodore N. Goanos**
  ngoanos@hcbattorneys.com,dhoekstra@hcbattorneys.com

- **William W. Kurnik**
  bkurnik@khkklaw.com

- **Kevin R. Peters**

- **Zrinka Rukavina**
  zrukavina@hcbattorneys.com,dhoekstra@hcbattorneys.com

And a copy thereof was mailed by United States Postal Service to the following non-CM/ECF participant:

**Thomas Peters**
407 South Dearborn Street
Chicago, IL 60605

                                                    s/ Michael J. Atkus_____
MICHAEL J. ATKUS
One of the Attorneys for Defendants
CITY OF WARRENVILLE, RAYMOND TURANO, DAVID WILK, JEFFREY DOWNEY and MATTHEW KOMAR (incorrectly sued as "Officer Roman")

KNIGHT, HOPPE, KURNIK & KNIGHT, LTD.
2860 River Road, Suite 400
Des Plaines, IL 60018-6009
Telephone:    847-298-8000
Facsimile:    847-298-8014
E-Mail:    matkus@khkklaw.com

5809 proposed sched order 08-05-21