Order Form (01/2005)

# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7082 | **DATE** | 5/27/2008 |
| **CASE TITLE** | Diroddi, Inc. vs. City of Warrenville, et al. | | |

**DOCKET ENTRY TEXT**

Status hearing stricken and reset to 11/25/2008 at 9:30 a.m. Enter Agreed Scheduling Order. Amendments to the pleadings and/or joinder of additional parties may be sought upon appropriate motion by 7/7/2008. Non-expert discovery will close on 12/1/2008. Cut-off date for designation of plaintiff's trial expert(s) is 1/12/2009; for defendant's trial expert(s) is 2/9/2009.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | MD |
|---|---|---|