Case 1:07-cv-07082

*HHN*

90/08-5809.DU.dlm

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DIRODDI, INC., d/b/a SATISFIED FROG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 07 C 7082 |
| ) | |
| CITY OF WARRENVILLE, RAYMOND ) | Judge Joan H. Lefkow |
| TURANO, Chief of Police, SERGEANT ) | |
| PIKOLCZ, OFFICER WILK, OFFICER ) | Magistrate Judge Ashman |
| DOWNEY, and OFFICER ROMAN of the ) | |
| Warrenville Police Department, ) | |
| ) | |
| Defendants. ) | |

**~~THE PARTIES'~~ AGREED ~~PROPOSED~~ SCHEDULING ORDER**

The parties, having held a scheduling conference via e-mail and telephone communications between Thomas Peters for Plaintiff Diroddi, Inc.; William Kurnik and Michael Atkus for Defendants City of Warrenville, Raymond Turano, David Wilk, Jeffrey Downey, and Matthew Komar (erroneously sued as Officer Roman); and Michael Bersani for Defendant Pikolcz as required by Fed. R. Civ. P. 26(f), submit the following proposed scheduling order:

(A)  The parties believe that an early settlement conference __will **X** will not likely result in the disposition of the case.

(B)  The parties shall have until **June 10, 2008** to make Rule 26(a)(1) disclosures.

(C)  The following amendments to the pleadings and/or joinder of additional parties are anticipated and may be sought upon appropriate motion by **July 7, 2008**. Amendments thereafter may be made only on motion for good cause shown.

(D)  Non-expert discovery will close on **December 1, 2008.**

(E)  The cut-off date for designation of plaintiff's trial expert(s) as provided by Fed. R. Civ. P. 26(a)(2) is **January 12, 2009**; for defendants' trial expert(s), **February 9, 2009**. Depositions of the experts shall be taken within **60** days of designation.

Unless otherwise stipulated, disclosure of experts will include a report fully in compliance with Rule 26(a)(2)(B).

(F)  Any motion challenging the qualifications of a designated expert must be made within 21 calendar days after the deposition of the expert or the close of discovery, whichever is earlier. If no motion is filed, the court may deem such challenges waived.

**Dispositive Motions**

Before a dispositive motion is filed, the parties will exchange demand and offer letters in *[a date to be set later]* an effort to reach resolution of the case. A status hearing will be held on ~~February 9, 2009~~ at which time the parties will report on the possibility of settlement and whether a settlement conference with a judge may be helpful. The parties should expect to be referred to a magistrate judge for settlement discussions before filing a motion for summary judgment.

Any dispositive motions (Motions for summary judgment) will be presented with a proposed agreed briefing schedule by ~~March 9, 2009.~~ *a date to be determined.*

**Consent to Proceed Before a Magistrate Judge**

The parties ___ consent **X** do not consent to have their case proceed before a magistrate judge.

**Trial, Pretrial Conference, Pretrial Order** — *trial schedule dates to be set later.*

(A)  ~~The case shall be ready for ___ bench **X** jury trial by May 26, 2009; the trial is projected to last **five (5)** days.~~

(B)  ~~A joint pretrial order will be filed on May 11, 2009. Plaintiff's draft shall be served on defendants by April 27, 2009 and defendants' draft shall be served on plaintiff by May 4, 2009.~~

(C)  Motions in *limine*, and responses thereto, shall be filed with the joint final pretrial order. (No reply briefs will be accepted on motions in *limine*.) ~~Three~~ copies of the pretrial order shall be delivered to chambers no less than one week prior to the date of the pretrial conference, which will be set on **May 19, 2009.**

This order shall not be modified except by leave of court on motion for good cause shown.

Date: May 23, 2008.

27

Respectfully Submitted,

| s/ Michael J. Atkus | s/ Michael Bersani | s/ Thomas Peters |
|---|---|---|
| Michael J. Atkus | Michael Bersani | Thomas Peters |
| Attorney for Defendants | Attorney for Defendant Pikolcz | Attorney for Plaintiff |
| City of Warrenville, Turano, Wilk, Downey, and Komar | | |

ENTER:

Date: 5-27-08

JOAN HUMPHREY LEFKOW
U.S. District Judge

5809 proposed sched ord 08-05-21