IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DIRODDI, INC., d/b/a SATISFIED FROG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 07 CV 7082 |
| | ) | |
| CITY OF WARRENVILLE, RAYMOND TURANO, CHIEF OF POLICE, SERGEANT PIKOLCZ, OFFICER WILK, OFFICER DOWNEY and OFFICER ROMAN of the WARRENVILLE POLICE DEPARTMENT, | ) ) ) ) ) ) | Judge Joan H. Lefkow  Magistrate Judge Ashman |
| Defendants. | ) | |

**MOTION TO WITHDRAW APPEARANCE OF
T. NICHOLAS GOANOS**

MICHAEL D. BERSANI, an attorney, hereby moves to withdraw the appearance of T. NICHOLAS GOANOS as counsel for Defendant, SERGEANT JOHN PIKOLCZ, in the present matter.

In support of this motion, the undersigned states:

1.   T. Nicholas Goanos is no longer employed by Hervas, Condon & Bersani, P.C., the firm representing the above named Defendant in this matter.

2.   Michael D. Bersani, Michael W. Condon and Zrinka Rukavina will remain as counsel for the above named Defendant.

WHEREFORE, Defendant respectfully requests that this Honorable Court enter an order permitting the withdrawal of T. Nicholas Goanos' appearance as counsel in this matter.

S/MICHAEL D. BERSANI
MICHAEL D. BERSANI, Bar Number 06200897
Attorney for Defendant, SERGEANT JOHN PIKOLCZ
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
mbersani@hcbattorneys.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DIRODDI, INC., d/b/a SATISFIED FROG, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 07 CV 7082 |
| | ) | |
| CITY OF WARRENVILLE, RAYMOND TURANO, CHIEF OF POLICE, SERGEANT PIKOLCZ, OFFICER WILK, OFFICER DOWNEY, and OFFICER ROMAN of the WARRENVILLE POLICE DEPARTMENT, | ) ) ) ) ) ) | Judge Joan H. Lefkow<br>Magistrate Judge Ashman |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2008, I electronically filed foregoing ***Motion to Withdraw Appearance of T. Nicholas Goanos*** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

Thomas Peters
Kevin Peters
407 South Dearborn Street, Suite 1675
Chicago, IL 60605
tompeters9@aol.com
kp6970022@aol.com

Mary F. DeSloover
Law Offices of Mary DeSloover
407 South Dearborn Street, Suite 1735
Chicago, IL 60605
040424@msn.com

William W. Kurnik
Michael J. Atkus
Knight, Hoppe, Kurnik & Knight, Ltd.
2860 River Road, Suite 400
Des Plaines, IL 60018
bkurnik@khkklaw.com
matkus@khkklaw.com

S/MICHAEL D. BERSANI
MICHAEL D. BERSANI, Bar Number 06200897
Attorney for Defendant, SERGEANT JOHN PIKOLCZ
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
Phone: 630-773-4774
Fax: 630-773-4851
mbersani@hcbattorneys.com

2