# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| DIRODDI, INC., d/b/a SATISFIED FROG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 07 CV 7082 |
| | ) | |
| CITY OF WARRENVILLE, RAYMOND | ) | Judge Joan H. Lefkow |
| TURANO, CHIEF OF POLICE, SERGEANT | ) | Magistrate Judge Ashman |
| PIKOLCZ, OFFICER WILK, OFFICER | ) | |
| DOWNEY and OFFICER ROMAN of the | ) | |
| WARRENVILLE POLICE DEPARTMENT, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**TO:**  Thomas Peters, Kevin Peters, 407 South Dearborn Street, Suite 1675, Chicago, IL 60605

Mary F. DeSloover, Law Offices of Mary DeSloover, 407 South Dearborn Street, Suite 1735, Chicago, IL 60605

William W. Kurnik, Michael J. Atkus, Knight, Hoppe, Kurnik & Knight, LLC, 2860 River Road, Suite 400, Des Plaines, IL 60018-6009

**PLEASE TAKE NOTICE** that on the 22nd day of July, 2008, at 9:30 a.m., I shall appear before the Honorable Judge Joan H. Lefkow in Courtroom 1925, or before anyone sitting in her stead, in the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present ***Motion to Withdraw Appearance of T. Nicholas Goanos***.

A copy is attached hereto and herewith served upon you.

s/Michael D. Bersani
MICHAEL D. BERSANI, Atty. Bar No. 06200897
Attorney for the Defendants, SERGEANT JOHN PIKOLCZ
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
Phone:  630-773-4774
Fax:  630-773-4851
mbersani@hcbattorneys.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DIRODDI, INC., d/b/a SATISFIED FROG, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 07 CV 7082 |
| | ) | |
| CITY OF WARRENVILLE, RAYMOND | ) | Judge Joan H. Lefkow |
| TURANO, CHIEF OF POLICE, SERGEANT | ) | Magistrate Judge Ashman |
| PIKOLCZ, OFFICER WILK, OFFICER | ) | |
| DOWNEY, and OFFICER ROMAN of the | ) | |
| WARRENVILLE POLICE DEPARTMENT, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2008, I electronically filed this Certificate of Service for *Notice of Motion* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

Thomas Peters
Kevin Peters
407 South Dearborn Street, Suite 1675
Chicago, IL 60605
tompeters9@aol.com
kp6970022@aol.com

Mary F. DeSloover
Law Offices of Mary DeSloover
407 South Dearborn Street, Suite 1735
Chicago, IL 60605
040424@msn.com

William W. Kurnik
Michael J. Atkus
Knight, Hoppe, Kurnik & Knight, Ltd.
2860 River Road, Suite 400
Des Plaines, IL 60018
bkurnik@khkklaw.com
matkus@khkklaw.com

    S/MICHAEL D. BERSANI
    MICHAEL D. BERSANI, Bar Number 06200897
    Attorney for Defendant, SERGEANT JOHN PIKOLCZ
    HERVAS, CONDON & BERSANI, P.C.
    333 Pierce Road, Suite 195
    Itasca, IL 60143-3156
    Phone:  630-773-4774
    Fax:  630-773-4851
    mbersani@hcbattorneys.com