## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7082 | **DATE** | 7/22/2008 |
| **CASE TITLE** | Diroddi, Inc. vs. City of Warrenville, et al. | | |

**DOCKET ENTRY TEXT**

Defendant's motion for leave to withdraw the appearance of T. Nicholas Goanos as attorney for defendant Sergeant John Pikolcz [27] is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MD |
|---|---|---|