**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DIRODDI, INC., d/b/a SATISFIED FROG,   ) | |
| ) | |
| Plaintiffs,   ) | |
| ) | |
| vs.   ) | Case No. 07 CV 7082 |
| ) | |
| CITY OF WARRENVILLE, et al.   ) | Judge Lefkow |
| ) | Magistrate Judge Ashman |
| Defendants.   ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2008, I electronically filed this ***Certificate of Service,*** with the Clerk of the Court using the CM/ECF system, for the service of ***Defendant Pikolcz's Interrogatories to Plaintiff Diroddi, Inc. d/b/a/ Satisfied Frog* AND *Defendant Pikolcz's Second Request for Production of Documents to Plaintiff Diroddi, Inc. D/b/a/ Satisfied Frog***, which will send notification of such filing to the following:

Thomas Peters
Kevin Peters
407 South Dearborn Street, Suite 1675
Chicago, IL 60605
tompeters9@aol.com
kp6970022@aol.com

Mary F. DeSloover
Law Offices of Mary DeSloover
407 South Dearborn Street, Suite 1735
Chicago, IL 60605
040424@msn.com

William W. Kurnik
Michael J. Atkus
Knight, Hoppe, Kurnik & Knight, Ltd.
2860 River Road, Suite 400
Des Plaines, IL 60018
bkurnik@khkklaw.com
matkus@khkklaw.com

S/MICHAEL D. BERSANI
MICHAEL D. BERSANI, Bar Number 06200897
Attorney for Defendant, SERGEANT JOHN PIKOLCZ
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
Phone:  630-773-4774
Fax:  630-773-4851
mbersani@hcbattorneys.com